# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 JUL 12 PM 4: 05

CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| JOHNNIE ODUM, )<br><br>Plaintiff, )<br><br>v. )<br><br>BULLOCH COUNTY PUBLIC )<br>DEFENDER'S OFFICE, BULLOCH )<br>COUNTY JAIL, BULLOCH COUNTY, )<br>and PUBLIC DEFENDER JACK )<br>WILLIAMSON, )<br><br>Defendants. ) | Case No.  CV606-045 |

## O R D E R

After a careful de novo review of the record in this case, the Court

concurs with the Magistrate Judge's Report and Recommendation, to which

no objections have been filed.    Accordingly, the Report and

Recommendation of the Magistrate Judge is adopted as the opinion of the

Court.

SO ORDERED this _12th_ day of _July_____, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA